UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4219
(1:15-cr-00172-TSE-5)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRIAN K. HENDRIX

Defendant - Appellant

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:15-cr-00172-TSE-5 |
| Date notice of appeal filed in originating court: | 04/15/2016 |
| Appellant (s) | Brian Hendrix |
| Appellate Case Number | 16-4219 |
| Case Manager | Joy Hargett Moore 804-916-2702 |